FILED

2023 Jul-14  AM 09:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**MICHAEL OWEN CAMPBELL,**
    Plaintiff,

**v.**

                             **Case No. 2:22-cv-1299-CLM**

**CITY OF TRUSSVILLE,**
    Defendant.

## FINAL ORDER

The court acknowledges receipt of the parties' joint notice to enter a final order of dismissal with prejudice (doc. 11) filed on July 13, 2023. So the court **DISMISSES** this case **WITH PREJUDICE**.

Costs taxed as paid.

**Done** and **Ordered** on July 14, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE